# FILED

OCT 1 8 2012

**RICHARD W. WIEKING**
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 98-0166 MMC |
| Plaintiff, ) | [~~PROPOSED~~] ORDER MODIFYING |
| ) | CONDITIONS OF SUPERVISED |
| v. ) | RELEASE |
| ) | |
| ROY BRYAN MERCER, ) | Date:   October 17, 2012 |
| ) | Time:  2:15 p.m. |
| Defendant. ) | |

On October 17, 2012, the defendant Roy Bryan Mercer, appeared before the Court, represented by defense counsel, Mr. John Jordan. Mr. Mercer was advised of his rights to request a hearing at which the government would be required to prove the alleged violations of supervised release. Mr. Mercer was further advised of the rights he would have at such a hearing, including the right to be represented by counsel, the right to present evidence and the right to confront the government's witness and challenge the evidence against him. Mr. Mercer waived his right to an evidentiary hearing and waived each of the rights he would have at such a hearing. Mr. Mercer then admitted that he had violated the conditions of his supervised release as alleged in the Second Amended Petition dated October 15, 2012. The Court found Mr. Mercer's admission was knowing and voluntary and based on his admission orders that the conditions of his supervised release be modified as follows:

[PROP.] ORD. MOD. SUP. REL.
U.S. v. MERCER; CR 98-0166 MMC

1   The defendant shall reside in the custody of the Geo Care facility, 111 Taylor Street, San
    Francisco, CA, for a period of five months to commence at 12:00 p.m. (noon) or Friday,
2   October 19, 2012.  The defendant shall abide by all rules and regulations of Geo Care
    while residing in that facility.
3
        The Court further orders that all other general and special conditions of supervised
4
    release shall remain in force and effect but that the special condition, that the defendant be
5
    subject to electronic monitoring, shall be lifted effective 12:00 p.m., October 19, 2012.
6
        The defendant shall appear for a status hearing on March 27, 2013.
7
    SO ORDERED.
8
    DATED: October 18, 2012.
9
10                                      _Maxine Chesney_ by A
11                                      HONORABLE MAXINE M. CHESNEY
                                        United States District Court Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROP.] ORD. MOD. SUP. REL.
U.S. v. MERCER; CR 98-0166 MMC