1

2

3

4

5                          IN THE UNITED STATES DISTRICT COURT

6                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

7                                 SAN FRANCISCO DIVISION

8   UNITED STATES OF AMERICA,              )    No. CR 98-0166 MMC
                                           )
9                   Plaintiff,             )    (~~Proposed~~) **ORDER**
                                           )
10  vs.                                    )
                                           )
11  ROY BRIAN MERCER,                      )
                                           )
12                  Defendant.             )
                                           )
13                                         )
    _____   )
14
         Before the Court is parties' Stipulated Motion, filed October 30, 2013.

15
         **FOR GOOD CAUSE SHOWN**, the remaining term of the defendant ROY BRIAN
16
    MERCER's supervised release is hereby terminated, effective on the date of this ORDER.
17

18
    October 31, 2013.
19

20                                              Hon. MAXINE M. CHESNEY
                                                United States District Judge
21

22

23

24

25

26